## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**KAYLA BUTTS,**
**Individually and on behalf**
**of her daughter A.F., a Minor,**

    Plaintiff,

v.                                                            CIVIL ACTION NO.: 3:16-CV-54
                                                                          (GROH)

**BERKELEY MEDICAL CENTER;**
**WEST VIRGINIA UNIVERSITY**
**HOSPITAL, INC.; SHENANDOAH**
**WOMEN'S HEALTH CENTER;**
**SHENANDOAH COMMUNITY HEALTH**
**CENTER; SHENANDOAH MIDWIVES;**
**AVINASH PUROHIT, M.D.;**
**TRACY SWALM, CNM; SARA SPURGEON, R.N.;**
**SHELLY PALKOVIC, R.N.;**
**REBECCA PFENDER, CNM;**
**SARAH HARDY, M.D.;**
**and SONYA JUSTICE, R.N.,**

    Defendants.

## ORDER OF STATUS CONFERENCE

On this date, the parties in the above-styled civil action appeared before the Court for a status conference. At the status conference, the Plaintiff made an Oral Motion to Dismiss this case. The parties intend to proceed with litigation in Civil Action No. 3:16-CV-53, which is now pending before this Court. There was no objection to the Plaintiff's Oral Motion. Accordingly, upon consideration, the Court **GRANTED** the Plaintiff's Unopposed Oral Motion to Dismiss. The Clerk is **DIRECTED** to remove this civil action from the Court's active docket and to terminate all pending motions.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** May 10, 2016

/s/ Gina M. Groh
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE